UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DAMON WOODALL, ) | | |
| ) | | |
| Plaintiff, ) | 2:11-cv-377-JCM-RJJ | |
| ) | | |
| vs. ) | | |
| ) | | |
| GEORGE MALOOF; *et al.*, ) | ORDER SCHEDULING HEARING | |
| ) | | |
| Defendant, ) | | |

  This matter is before the Court on an Application to Proceed *In Forma Pauperis* (#1).

  The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

  IT IS HEREBY ORDERED that a status hearing is scheduled for July 26, 2011, at 2:30 PM in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

  IT IS FURTHER ORDERED that only Damon Woodall, is required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

  IT IS FURTHER ORDERED that on or before July 15, 2011, Plaintiff, Damon Woodall shall file with the court an updated Financial Affidavit form. The Clerk is directed to enclose a blank form along with a copy of this Order.

1        IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the
2 Plaintiff by certified mail, return receipt requested.
3        DATED this   20th   day of June, 2011.

                                                _____
                                                ROBERT J. JOHNSTON
                                                United States Magistrate Judge